Nariman Seyed Teymourian
125 Greenley Road
New Canaan,
Connecticut 06840
Ph: 415 378-3237
*Defendant In Pro Per*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Adv. No. 24-03027 |
| | Case No. 23-30668 DM |
| **Nariman Seyed Teymourian,** | Chapter 7 |
| Debtor(s). | STIPULATION VACATING STATUS CONFERENCE ORDERS REGARDING DISCOVERY DEADLINES |
| **Sarah L. Little, Chapter 7 Trustee,** | |
| Plaintiffs, | [11 U.S.C. §727(a)] |
| vs. | |
| **Nariman Seyed Teymourian,** | |
| Defendant | |

    The court held a hearing in the above-captioned adversary proceeding on September 27, 2024. The *Order Following Status Conference* (the "Order") was thereafter filed as docket item 11. Pursuant to the Order the court set the following Discovery Deadlines, 1. Initial Disclosures,

1

9/15/24; 2. Discovery cut-off for Fact Discovery: 12/15/24; 3. Deadline for disclosure of expert witnesses: 12/20/24, Deadline for expert discovery: 12/31/24.

Defendant caused to be filed a motion to extend the deadline to satisfy disclosure requirements in the Chapter 7 case. The Chapter 7 Trustee, Sarah L, Little (the "Trustee") has agreed to the extension of mandatory disclosures in the underlying Chapter 7 case. Such extension being extended to December 31, 2024. Due to the foregoing, the parties have also agreed to vacate items 1 through 3, the Discovery Deadlines, as stated above.

The continued status conference, set for January 31, 2025, has not been vacated.

IT IS SO STIPULATED,

Dated: 11/12/2024   /s/ Sarah Little
Sarah Little, Chapter 7 Trustee

Dated: 11/12/2024   /s/ Nariman Teymourian
Nariman Seyed Teymourian, Debtor

Dated: 11/12/2024   /s/ Eric Nyberg
Eric Nyberg, Attorney for
Sarah Little, Chapter 7 Trustee

2