Nariman Seyed Teymourian
125 Greenley Road
New Canaan,
Connecticut 06840
Ph: 415 378-3237
*Defendant In Pro Per*



Entered on Docket
November 25, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: November 25, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re: | Adv. No. 24-03027 |
| | Case No. 23-30668 DM |
| Nariman Seyed Teymourian, | Chapter 7 |
|            Debtor(s). | **ORDER ON STIPULATION VACATING STATUS CONFERENCE ORDERS REGARDING DISCOVERY DEADLINES** |
| Sarah L. Little, Chapter 7 Trustee, | |
|            Plaintiffs, | [11 U.S.C. §727(a)] |
| vs. | |
| Nariman Seyed Teymourian, | |
|            Defendant | |

The Court having reviewed the *Stipulation Vacating Status Conference Orders Regarding Discover Deadlines* (Docket No. 14) filed on November 13, 2024 and good cause appearing,

HEREBY ORDERS, the stipulation is approved.

** END OF ORDER **

**COURT SERVICE LIST**
**All parties entitled to service shall receive either electronically or by Debtor**