

ERIC A. NYBERG, ESQ.
(Bar No. 131105)
CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG, BENDES,
KUHNER & LITTLE, P.C.**
1970 Broadway, Suite 600
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669
Email: e.nyberg@kornfieldlaw.com
Email: c.kuhner@kornfieldlaw.com

Attorneys for Plaintiff,
Chapter 7 Trustee Sarah L. Little

**CHANGES MADE BY COURT**

Signed and Filed: August 25, 2025

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Nariman Seyed Teymourian,<br><br><br><br>Debtor. | Case No. 23-30668 DM<br><br>Chapter 7 |
| Sarah L. Little, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br><br>Nariman Seyed Teymourian,<br><br>Defendant. | Adv. Proc. No. 24-03027<br><br>**JUDGMENT**<br><br><br><br><br><br><br>Date: August 25, 2025<br>Time: 10:00 am<br>Ctrm: Via-zoom |

    Trial in the above-captioned adversary proceeding came on for trial on August 25, 2025 at 10:00 a.m. before the Honorable Dennis Montali. Eric A. Nyberg of Kornfield, Nyberg, Bendes,

Kuhner & Little, P.C. appeared on behalf of Plaintiff Sarah L. Little, Chapter 7 Trustee of the bankruptcy estate of Nariman Seyed Teymourian. Plaintiff Sarah L. Little also appeared. For the reasons stated on the record and good cause appearing therefor;

Judgment is hereby entered in favor of Plaintiff and against Defendant denying Defendant's discharge in his Chapter 7 case pursuant to 11 U.S.C. Sections 727(a)(2)(A) and (B), 727(a)(3) and 727(a)(4)(A) and (D).

***END OF JUDGMENT***

Nariman Teymourian
125 Greenley Road
New Canaan, CT 06840